No. 83–516.  BAER MANUFACTURING, INC., ET AL. *v.* SHEET METAL WORKERS PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA, AND NEVADA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 83–520.  MEYER *v.* MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 83–521.  PLAZA DE LAS ARMAS, INC., ET AL. *v.* CITY OF SAN ANTONIO ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 83–526.  RICKARDS ET AL. *v.* CANINE EYE REGISTRATION FOUNDATION, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 83–528.  COBURN *v.* PAN AMERICAN WORLD AIRWAYS, INC.  C. A. D. C. Cir.  Certiorari denied.

No. 83–536.  BARCLAY EQUESTRIAN CENTER, INC. *v.* CONTINENTAL BANK OF PENNSYLVANIA.  Sup. Ct. N. J.  Certiorari denied.

No. 83–540.  WESTBROOK *v.* HUTCHINSON CRANE EXCAVATING CO., INC.  Ct. App. D. C.  Certiorari denied.

No. 83–549.  ABRAMOFF *v.* WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 83–550.  JAMESON *v.* BETHLEHEM STEEL CORP.  C. A. 6th Cir.  Certiorari denied.

No. 83–554.  UNIVERSITY COLLEGE OF THE UNIVERSITY OF ALABAMA IN BIRMINGHAM ET AL. *v.* JOHNSON ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 83–556.  PRESTO CASTING CO. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 9th Cir.  Certiorari denied.

No. 83–557.  REGAL ET UX., DBA REGAL CREST VILLAGE OF BROOKFIELD, ET AL. *v.* BEHUL ET UX.  C. A. 7th Cir.  Certiorari denied.